IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JELLDIS ODILI GOMEZ-ZEPEDA,** | * | |
| Petitioner, | * | |
| v. | * | **Civ. No. DLB-26-178** |
| **KRISTI NOEM,** *et al.*, | * | |
| Respondents. | * | |

**ORDER**

For the reasons stated on the record during the November 19, 2025 hearing in *Gomez-Zepeda v. Noem*, No. DLB-25-3612 (D. Md.) ("*Gomez-Zepeda I*"), it is, this 17th day of February, 2026, hereby ORDERED that:

1. Petitioner Jelldis Odili Gomez-Zepeda's Petition for a Writ of Habeas Corpus, ECF 1, is GRANTED as to Count 1;

2. The respondents are DIRECTED to release Gomez-Zepeda from detention;

3. Counts 2, 3, and 4 of the petition are MOOT and DISMISSED without prejudice;

4. Gomez-Zepeda's request for injunctive relief, ECF 15, is DENIED[1];

5. Immigration and Customs Enforcement shall note Gomez-Zepeda's habeas petitions in this case (DLB-26-178) and in *Gomez-Zepeda I* in the case comments

---

[1] Gomez-Zepeda's request for injunctive relief is denied because she does not cite to any case where a federal district court barred the future detention of a non-citizen who is subject to a final order of removal. Because, at this point, Gomez-Zepeda's "alleged threat of future injury is too speculative," the Court declines to enjoin her future detention. *See J.P. v. Santacruz,* No. 25-01640-FWS-JC, 2025 WL 2998305, at *4 (C.D. Cal. Oct. 24, 2025); *see also Gonzalez-Reyes v. Decker*, No. 20-2639-GHW, 2020 WL 7869549, at *9 (S.D.N.Y. Dec. 31, 2020) (dismissing petitioner's request for injunctive relief barring his future detention because evaluating the claim would require the court to "engage in speculation and the analysis of hypothetical scenarios that may never come to pass").

section of her ENFORCE Alien Removal Module ("EARM") file and upload copies of the habeas petition order in this case and in *Gomez-Zepeda I* to the EARM system; and

6. The Clerk SHALL CLOSE this case.

                                                                                                        _____
                                                                                                        Deborah L. Boardman
                                                                                                        United States District Judge